IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MAXIMILLIAN LEDWITH,

    Plaintiff,

v.

JOHN WIEDERHOLT,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 17-cv-397-wmc

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice for plaintiff Maximillian Ledwith's failure to prosecute it.

/s/                                                           9/26/2017

Peter Oppeneer, Clerk of Court                    Date